IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01530-WYD-KLM

WAYNE LOUIS MUNSELL,

    Plaintiff,

v.

NCC BUSINESS SERVICES, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) filed December 15, 2015, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**.

Dated:  December 18, 2015

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge